## RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of** | **District Court Court** |

Case Number: 0:19-CV60976-WPD

Plaintiff:
**ERIC A. WILLNER**

vs.

Defendant:
**WELLS FARGO BANK, N.A.**


JEG2019000504

For:
F. Scott Fistel, Esq
Fistel Law Group, P.A.
1451 W. Cypress Creek. Rd.
Suite 300
Ft. Lauderdale, FL 33309

Received by 24 HOUR PROCESS, LLC on the 22nd day of April, 2019 at 9:03 am to be served on **WELLS FARGO BANK, N.A. C/O REGISTERED AGENT, CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, JESSICA POWELL, do hereby affirm that on the **22nd day of April, 2019** at **12:50 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT FOR DAMAGES AND EXHIBITS "1-2"** with the date and hour of service endorsed thereon by me, to: **Kaneisha Gross** as **Service Liaison** authorized to accept service, of the within named corporation, at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301** on behalf of **WELLS FARGO BANK, N.A.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Black, Height: 5'8", Weight: 180, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.          "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

JESSICA POWELL
258

24 HOUR PROCESS, LLC
3676 COLLIN DRIVE
SUITE 1
WEST PALM BEACH, FL 33406
(561) 705-2378

Our Job Serial Number: JEG-2019000504
Ref: WELLS FARGO BANK, N.A.

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ERIC A. WILLNER <br><br> Plaintiff(s) <br> v. <br> WELLS FARGO BANK, N.A. <br><br> Defendant(s) | Civil Action No. 19-cv-60976-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WELLS FARGO BANK, N.A.
C/O REGISTERED AGENT
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

JP258
APR 2 2 2019
12:50pm

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Apr 16, 2019

s/ P. Curtis
Deputy Clerk
U.S. District Courts