UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-60976-CIV-DIMITROULEAS

ERIC WILLNER,

        Plaintiff,

vs.

WELLS FARGO BANK, N.A.,

        Defendant.

_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the law firm of Greenberg Traurig, P.A., through Michele L. Stocker, hereby gives notice of its appearance as counsel on behalf of Defendant, Wells Fargo Bank, N.A. All pleadings, motions and correspondence in the above-referenced matter should be sent to the undersigned attorney of record for Defendant.

| | |
|---|---|
| Denise M. Rosenthal<br>Florida Bar No. 0154369<br>rosenthalde@gtlaw.com<br>smithl@gtlaw.com<br>FLservice@gtlaw.com<br>GREENBERG TRAURIG, P.A.<br>*Counsel for Wells Fargo Bank, N.A.*<br>401 East Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 765-0500<br>Facsimile: (954) 765-1477 | Respectfully submitted<br><br>*s/ Michele L. Stocker*<br>Michele L. Stocker<br>Florida Bar No. 044105<br>stockerm@gtlaw.com<br>smithl@gtlaw.com<br>FLService@gtlaw.com<br>GREENBERG TRAURIG, P.A.<br>*Counsel for Wells Fargo Bank, N.A.*<br>401 East Las Olas Blvd., Suite 2000<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 765-0500<br>Facsimile: (954) 765-1477 |

CASE NO. 19-60976-CIV-DIMITROULEAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/ Michele L. Stocker*

## SERVICE LIST

F. Scott Fistel, Esquire
Fistel Law Group, P.A.
1451 W. Cypress Creek Road
Suite 300
Fort Lauderdale, Florida 33309
pleadings@fistel.com

2

Greenberg Traurig, P.A. ■ 401 East Las Olas Boulevard, Suite 2000 ■ Ft. Lauderdale, Florida 33301 ■ Tel 954.765.0500 ■ Fax 954.765.1477 ■ www.gtlaw.com