**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 19-60976-CIV-DIMITROULEAS

ERIC WILLNER,

        Plaintiff,
vs.

WELLS FARGO BANK, N.A.,

        Defendant.
_____/

**WELLS FARGO'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), hereby files this Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint and states as follows:

1. Plaintiff, Eric Willner, served his Complaint for Damages (the "Complaint") upon Wells Fargo on April 22, 2019. Pursuant to Fed R. Civ. P. 12(a), the responsive pleadings or motions directed to the Complaint are due on Monday, May 13, 2019.

2. Wells Fargo recently obtained the representation of the undersigned firm. Based upon this and the undersigned's prior professional commitments, including matters pending in both State and Federal Court, Wells Fargo requires additional time to review the allegations and consult with counsel in order to prepare an appropriate response to Plaintiff's Complaint.

3. Based upon the above good cause shown, Wells Fargo requests a 30-day extension of time, through and including Wednesday, June 12, 2019, to file responsive pleadings or motions directed to the Complaint.

CASE NO. 19-60976-CIV-DIMITROULEAS

4. Wells Fargo and its counsel state that this enlargement of time is not being sought for purposes of delay and that the granting of the enlargement will not prejudice any party to this action.

5. The undersigned has conferred with counsel for Plaintiff, who does not object to the relief sought herein.

WHEREFORE, Defendant, Wells Fargo Bank, N.A., respectfully requests that this Court enter an Order granting an enlargement of time through and including June 12, 2019 for it to serve responsive pleadings or motions directed to the Complaint.

Respectfully submitted,

s/ Denise M. Rosenthal
Michele L. Stocker
Florida Bar No. 0044105
stockerm@gtlaw.com
smithl@gtlaw.com
FLService@gtlaw.com
Denise M. Rosenthal
Florida Bar No. 0154369
rosenthalde@gtlaw.com
smithl@gtlaw.com
FLService@gtlaw.com
GREENBERG TRAURIG, P.A.
*Attorneys for Wells Fargo Bank, N.A.*
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone:    (954) 765-0500
Facsimile:    (954) 765-1477

CASE NO. 19-60976-CIV-DIMITROULEAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Denise M. Rosenthal

## SERVICE LIST

F. Scott Fistel, Esquire
Fistel Law Group, P.A.
1451 W. Cypress Creek Road
Suite 300
Fort Lauderdale, Florida 33309
pleadings@fistel.com