UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-60976-CIV-DIMITROULEAS

ERIC WILLNER,

                Plaintiff,

vs.

WELLS FARGO BANK, N.A.,

                Defendant.
.
_____/

**PROPOSED ORDER ON WELLS FARGO'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

THIS CAUSE having come before the Court on Defendant, Wells Fargo Bank, N.A.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and the Court having reviewed the Motion and being otherwise fully advised, it is hereby

ORDERED:

1. The Motion is hereby GRANTED.

2. Defendant shall file its response to the Complaint on or before June 12, 2019.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida this ___ day of _____, 2019.

                                                  _____
                                                  WILLIAM P. DIMITROULEAS
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Michele Stocker, Esquire
Denise M. Rosenthal, Esquire
F. Scott Fistel, Esquire