UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60976-CIV-DIMITROULEAS

ERIC WILLNER,

    Plaintiff,

vs.

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION IN LIMINE**

THIS CAUSE having come before the Court on the Unopposed Motion for Extension of Time [DE 17], filed on July 23, 2019.  The Court having considered the motion and all other relevant factors, it is hereby **ORDERED AND ADJUDGED** as follows:

1.    The Motion [DE 17] is **GRANTED**;

2.    The deadline for Plaintiff to respond to Defendant's Motion to Dismiss [DE 12] is extended to August 12, 2019.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of July, 2019.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record